IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG,<br><br>Plaintiffs,<br><br>v.<br><br>BIOCON LIMITED, BIOCON PHARMA, INC. AND BIOCON PHARMA LIMITED,<br><br>Defendants. | C.A. No. _____ |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES
## INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee Received Notice:  no earlier than March 18, 2025

Date of Expiration of Patent:  *See below

Thirty Month Stay Deadline:  September 18, 2027

\* U.S. Patent No. 8,853,156 expires on March 5, 2031; U.S. Patent Nos. 9,486,526 and 10,034,877 expire on August 5, 2029; and U.S. Patent No. 11,911,388 expires on April 10, 2030.

April 30, 2025

*/s/ Megan E. Dellinger*
Attorney(s) for Plaintiffs