IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. _____ |
| BIOCON LIMITED, BIOCON PHARMA, INC. AND BIOCON PHARMA LIMITED, | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs state that Boehringer Ingelheim Pharmaceuticals Inc. and Boehringer Ingelheim International GmbH are each owned directly or indirectly by C. H. Boehringer Sohn AG & Co. KG. No publicly held corporation owns more than 10% of any Plaintiff or of C. H. Boehringer Sohn AG & Co. KG.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

OF COUNSEL:

Jeanna M. Wacker
Sam Kwon
Christopher Ilardi
Eliana Applebaum
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4679

Brian P. Egan (#6227)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

James F. Hurst
Bryan S. Hales
Tasha Francis Gerasimow
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL  60654
(312) 862-2000

April 30, 2025