IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG,<br><br>        Plaintiffs,<br><br>    v.<br><br>BIOCON LIMITED, BIOCON PHARMA, INC. AND BIOCON PHARMA LIMITED,<br><br>        Defendants. | C.A. No. 25-523-CFC<br><br>ANDA CASE |

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Chief Judge Connolly's Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants Biocon Limited, Biocon Pharma Limited, and Biocon Pharma, Inc. certifies as follows:

   1.    Defendant Biocon Pharma, Inc. is a Delaware corporation that is a wholly-owned subsidiary of Biocon Pharma Limited;

   2.    Defendant Biocon Pharma Limited is organized under the laws of India and is a wholly-owned subsidiary of Biocon Limited; and

   3.    Defendant Biocon Limited is organized under the laws of India and is publicly-held. Biocon shares are traded on the National Stock Exchange (NSE) and the Mumbai Stock Exchange (BSE). There is no parent corporation or publicly held corporation owning more than 10% or more of its stock.

Dated: July 28, 2025

        **SMITH, KATZENSTEIN & JENKINS LLP**

        */s/ Neal C. Belgam*
        Neal C. Belgam (No. 2721)
        Daniel A. Taylor (No. 6934)
        1000 West Street, Suite 1501
        Wilmington, DE 19801
        (302) 652-8400
        nbelgam@skjlaw.com
        dtaylor@skjlaw.com

        *Counsel for Defendants Biocon Limited, Biocon Pharma Limited, and Biocon Pharma, Inc.*