IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG,<br><br>Plaintiffs,<br><br>v.<br><br>BIOCON LIMITED, BIOCON PHARMA, INC. and BIOCON PHARMA LIMITED,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 25-523 (CFC)<br>) **ANDA CASE**<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)*; and (2) *Plaintiffs' Preliminary Disclosure of Asserted Claims* were caused to be served on September 10, 2025, upon the following in the manner indicated:

Neal C. Belgam, Esquire                                                    *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendants Biocon Limited, Biocon Pharma, Inc. and Biocon Pharma Limited*

Edward D. Pergament, Esquire
PERGAMENT & CEPEDA LLC
25A Hanover Road, Suite 104
Florham Park, NJ  07932
*Attorneys for Defendants Biocon Limited, Biocon Pharma, Inc. and Biocon Pharma Limited*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

OF COUNSEL:

Jeanna M. Wacker
Sam Kwon
Christopher Ilardi
Eliana Applebaum
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4679

James F. Hurst
Bryan S. Hales
Tasha Francis Gerasimow
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL  60654
(312) 862-2000

September 10, 2025

Brian P. Egan (#6227)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 10, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH, KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>*Attorneys for Defendants Biocon Limited, Biocon Pharma, Inc. and Biocon Pharma Limited* | *VIA ELECTRONIC MAIL* |
| Edward D. Pergament, Esquire<br>PERGAMENT & CEPEDA LLC<br>25A Hanover Road, Suite 104<br>Florham Park, NJ 07932<br>*Attorneys for Defendants Biocon Limited, Biocon Pharma, Inc. and Biocon Pharma Limited* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)