# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BOEHRINGER INGELHEIM
PHARMACEUTICALS INC., BOEHRINGER
INGELHEIM INTERNATIONAL GMBH and
BOEHRINGER INGELHEIM PHARMA
GMBH & CO. KG,

      Plaintiffs,

   v.

BIOCON LIMITED, BIOCON PHARMA,
INC. AND BIOCON PHARMA LIMITED,

      Defendants.

C.A. No. 25-523-CFC

**ANDA CASE**

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Biocon Limited, Biocon Pharma, Inc. and Biocon Pharma Limited ("Biocon") to make its initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) (D.I. 15 at ¶ 3) be extended from September 10, 2025 to September 17, 2025.

Dated: September 11, 2025

**MORRIS, NICHOLS, ARSHT &
TUNNELL LLP**

*/s/ Megan E. Dellinger*
Brian P. Egan (#6227)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@morrisnichols.com
mdellinger@morrisnichols.com

*Attorney for Plaintiffs*

**SMITH, KATZENSTEIN & JENKINS,
LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants*

2

IT IS SO ORDERED this ____ day of September, 2025.

_____
The Honorable Colm F. Connolly
Chief United States District Court Judge