IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG,<br><br>Plaintiffs,<br><br>v.<br><br>BIOCON LIMITED, BIOCON PHARMA, INC. AND BIOCON PHARMA LIMITED,<br><br>Defendants. | C.A. No. 25-523-CFC<br><br>ANDA CASE |

### STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Biocon Limited, Biocon Pharma, Inc. and Biocon Pharma Limited ("Biocon") to make its initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) (D.I. 15 at ¶ 3) be extended from September 10, 2025 to September 17, 2025.

Dated: September 11, 2025

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Megan E. Dellinger*<br>Brian P. Egan (#6227)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>began@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorney for Plaintiffs* | **SMITH, KATZENSTEIN & JENKINS, LLP**<br><br>*/s/ Daniel A. Taylor*<br>Neal C. Belgam (No. 2721)<br>Daniel A. Taylor (No. 6934)<br>1000 N. West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of September, 2025.

_____
The Honorable Colm F. Connolly
Chief United States District Court Judge