IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 25-523 (CFC) |
| BIOCON LIMITED, BIOCON PHARMA, INC. and BIOCON PHARMA LIMITED, | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to submit a proposed Protective Order (D.I. 15, ¶ 16) is extended to October 9, 2025.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Megan E. Dellinger

_____
Brian P. Egan (#6227)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

September 18, 2025

SMITH, KATZENSTEIN & JENKINS LLP

/s/ Neal C. Belgam

_____
Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants*

SO ORDERED this _____ day of September 2025.

_____
United States District Court Judge