IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG,<br><br>Plaintiffs,<br><br>v.<br><br>BIOCON LIMITED, BIOCON PHARMA, INC. AND BIOCON PHARMA LIMITED,<br><br>Defendants. | C.A. No. 25-523-CFC<br><br>ANDA CASE |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**

In order to accommodate unforeseen personal issues involving outside counsel for Biocon Limited, Biocon Pharma, Inc. and Biocon Pharma Limited ("Biocon"), the parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Biocon to make its initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) (D.I. 15 at ¶ 3; D.I. 18) and to produce an up to date version of Biocon's ANDA No. 220117 and any related FDA correspondence (D.I. 15 at ¶ 4) be extended from September 17, 2025 to September 29, 2025.

Dated: September 18, 2025

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **SMITH, KATZENSTEIN & JENKINS, LLP** |
| /s/ *Megan E. Dellinger* | /s/ *Daniel A. Taylor* |
| Brian P. Egan (#6227) | Neal C. Belgam (No. 2721) |
| Megan E. Dellinger (#5739) | Daniel A. Taylor (No. 6934) |
| 1201 North Market Street | 1000 N. West Street, Suite 1501 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 652-8400 |
| (302) 658-9200 | nbelgam@skjlaw.com |
| began@morrisnichols.com | dtaylor@skjlaw.com |
| mdellinger@morrisnichols.com | |
| | *Attorneys for Defendants* |
| *Attorney for Plaintiffs* | |

IT IS SO ORDERED this 24th day of September, 2025.

_____
The Honorable Colm F. Connolly
Chief United States District Court Judge

2